## BURKAM *v.* FITCH.

From the Dearborn Circuit Court.

*J. D. Haynes* and *J. K. Thompson,* for appellant.

*J. T. Dye* and *A. C. Harris,* for appellee.

DOWNEY, J.—The question in this case is the same as that in *Wood* v. *Harrison,* 50 Ind. 480, the circuit court in this case having decided, on demurrer to the complaint, that the stockholder was not individually liable. Being controlled by the authority of that case, the judgment in this case must be affirmed.

The judgment is affirmed, with costs.